FILED
AUG 2 7 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) No.<br>vs. )<br>)<br>LONNIE HALKMON, )<br>)<br>Defendant. ) | 4:13CR343 NAB |

## INFORMATION

The United States Attorney charges that:

At sometime unknown to the United States Attorney, but beginning in March of 2012 and continuing until at least July of 2012 in Saint Louis, in the Eastern District of Missouri,

**LONNIE HALKMON,**

the defendant herein, did knowingly dispose of a record and thing of value of the United States pursuant to Title 18, United States Code, Section 641, to wit: United States veteran records stored at the National Personnel Record Center in Saint Louis, Missouri, a unit of the National Archives and Records Administration.

In violation of Title 18, United States Code, Section 641.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Dianna R. Collins*
Dianna R. Collins, #59641
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

UNITED STATES OF AMERICA     )
EASTERN DIVISION             )
EASTERN DISTRICT OF MISSOURI )

I, Dianna R. Collins, an Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*[signature]*
DIANNA R. COLLINS, 59641

Subscribed and sworn to before me this 27 day of August 2013.

*[signature]* James Woodward
CLERK, U.S. DISTRICT COURT

By: *[signature]* Deborah O'Leary
DEPUTY CLERK